Brown, Antonio Maurice v. State of Maryland—Pet. Docket No. 168 *
—denied. Opinion of the Court of Special Appeals unreported
(No. 485, Sept. Term, 2015).

Christ v. Ocean City—Pet. Docket No. 160 *—denied. (No. 23–C–15–
000854, Circuit Court for Worcester County).

Dilutis, Anthony Albert v. State of Maryland—Pet. Docket No. 194 *—
denied. Opinion of the Court of Special Appeals unreported (No.
2555, Sept. Term, 2014).

Duren v. Home Properties Cove Townhomes—Pet. Docket No. 121 *—
dismissed. Dismissed by the Court of Special Appeals (No. 1197,
Sept. Term, 2015).

Gadol v. Westchester Tower Apartments—Pet. Docket No. 26 *—de-
nied. (No. CAL15–40508, Circuit Court for Prince George's Coun-
ty.)

Gillsepie v. Gillespie—Pet. Docket No. 170 *—denied. Opinion of the
Court of Special Appeals unreported (No. 1849, Sept. Term,
2015).

Gray v. Rosenberg & Assoc.—Pet. Docket No. 133 *—dismissed. Dis-
missed by the Court of Special Appeals (No. 716, Sept. Term,
2015).

### 141 A.3d 136

Green v. Nelson—Pet. Docket No. 172 *—denied. Reported below: 227
Md.App. 698, 135 A.3d 914.

Hastye v. Tolson—Pet. Docket No. 136 *—dismissed. (No. CAL15–
32720, Circuit Court for Prince George's County.)

Huang v. Colaresi—Pet. Docket No. 149 *—dismissed. Dismissed by
the Court of Special Appeals (No. 1002, Sept. Term, 2015).

Huang v. Dugas—Pet. Docket No. 166 *—denied. Dismissed by the
Court of Special Appeals (No. 1033, Sept. Term, 2015).

In re: Adoption/Guardianship of Abby F. & Jyel F.—Pet. Docket No.
115 *—denied. Opinion of the Court of Special Appeals unreport-
ed (No. 1731, Sept. Term, 2015).

In re: Adoption/Guardianship of R.S. & R.S.—Pet. Docket No. 173 *—
denied. Opinion of the Court of Special Appeals unreported (No.
1995, Sept. Term, 2015).

Jackson, Clifford v. State of Maryland—Pet. Docket No. 83 *—denied.
Application for leave to appeal denied by the Court of Special
Appeals (No. 1756, Sept. Term, 2015).

Jhaveri v. Dept. of Juvenile Justice with IWIF—Pet. Docket No. 47 *—
dismissed. Dismissed by the Court of Special Appeals (No. 449,
Sept. Term, 2015).

Jones v. Montgomery Co.—Pet. Docket No. 159 *—denied. Opinion of
the Court of Special Appeals unreported (No. 1910, Sept. Term,
2014).

Jones, Fredrick E. v. State of Maryland—Pet. Docket No. 86 *—
denied. Application for leave to appeal denied by the Court of
Special Appeals (No. 1975, Sept. Term, 2015).

Jones, Kendall v. State of Maryland—Pet. Docket No. 150 *—denied.
Opinion of the Court of Special Appeals unreported (No. 1071,
Sept. Term, 2015).

---

\*   September Term, 2016